Entered: October 30th, 2023
Signed: October 30th, 2023
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–20702 – LSS**   Chapter: **7**

**Derrick Stephen Sieber**
Debtor

## ORDER DENYING MOTION FOR CLARIFICATION

Before the Court is the Motion for Clarification of Discharge of Debts [Dkt. No. 71] (the Motion), wherein Debtor asks the Court to pronounce whether certain lawsuits involving his company were discharge pursuant to the Order of Discharge [Dkt. No. 66] entered in this case. Upon review of the Motion, the Court has determined that the Motion does not raise a justiciable case or controversy and the Court is prohibited from advising Debtor on this question. See U.S. Const. Art. III, § 2, cl. 1. That said, if Debtor believes any of the claims against his company were discharged in this case, he may file an appropriate motion in the state court. Wherefore, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is DENIED.

cc:   Debtor
    Attorney for Debtor – PRO SE
    Case Trustee – Cheryl E. Rose
    U.S. Trustee

**End of Order**